FORM L22 Notice of Reaffirmation Hearing (v.8.14)

14–27528 – B – 7

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# NOTICE OF REAFFIRMATION HEARING

**Case Number:** 14–27528 – B – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Kara Deann Sklar
xxx–xx–4276

1943 Leaning Oak Court
Fairfield, CA 94534

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Kara Deann Farnham

**TO: THE DEBTOR(S), THE TRUSTEE AND THE REAFFIRMING CREDITOR(S)**

Subject to the approval of this Court, the debtor(s) having entered into a reaffirmation of an obligation to creditor(s):

Santander Consumer USA Inc.

**IT IS SO ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. A reaffirmation hearing pursuant to 11 U.S.C. § 524(d) shall be held on the following date, time and place:

**DATE & TIME:** 11/4/14 at 01:30 PM
**PLACE:** U.S. Bankruptcy Court
Courtroom 32, 6th Floor, Robert T Matsui United States Courthouse, 501 I Street, Sacramento, CA

2. Motion(s) for approval of said reaffirmation agreement(s) as provided in § 11 U.S.C. 524(c) will be heard and determined at said hearing;

3. The debtor(s) shall appear at the time and place set forth above. You may arrange to attend by telephone by contacting Court Call at 1–866–582–6878 at least twenty–four (24) hours prior to the hearing.

Dated:
10/9/14

For the Court,
Wayne Blackwelder , Clerk